**\*E-FILED\***
**January 22, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN MANSFIELD,<br><br>    Plaintiff,<br>v.<br><br>TRADE WINDS AVIATION, INC.,<br><br>    Defendant.<br>_____/ | No. C 05-03782 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 7, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 14, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 22, 2007

RICHARD SEEBORG
United States Magistrate Judge

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steve M. Defilippis    flipsmd2005@yahoo.com

Michael M. Herrick    joblaw@wagelaw.com

Stephen S Picone    spicone@piconeanddefilippis.com, moliveira@piconeanddefilippis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 22, 2007

                                        /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg