MICHAEL M. HERRICK, Bar No. 63666
(herrick@wagelaw.com )
HERRICK LAW OFFICES
1750 Montgomery Street, # 1104
San Francisco, CA 94111-1063
Telephone:    415.781.2804
Facsimile:    415.781.8446

*E-FILED 1/24/07*

Attorney for Plaintiff
KEVIN MANSFIELD


STEPHEN S. PICONE, Bar No. 116809
(spicone@piconeanddefilippis.com )
PICONE & DEFILIPPIS
625 North First Street
San Jose, CA 95112
Telephone:    408.292.0441
Facsimile:    408.287.6550

Attorney for Defendant
TRADE WINDS AVIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

KEVIN MANSFIELD ,

                    Plaintiff,

          vs.

TRADE WINDS AVIATION, INC., and
Does One through Ten,

                    Defendants.

Case No.  5:05-cv-03782-RS


**JOINT STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER THEREON**

Plaintiff KEVIN MANSFIELD  and Defendant INTERNATIO NAL AVIATORS, INC. dba

TRADE WINDS AVIATION, INC.   (collectively "the Parties") have entered into a

**STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL**
MANSFIELD v. TRADE WINDS AVIATION, INC.

1.

Case No 5:05-cv-03782-RS

confidential negotiated settlement agreement and general release disposing of this action.
Therefore the Parties hereto, by their undersigned counsel for record, pursuant to Rule
41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action shall be
and hereby is dismissed with prejudice.

**SO STIPULATED**

Dated: October_____, 2006

_____
STEPHEN S. PICONE, Esq.
PICONE & DEFILIPPIS
Attorney for Defendant
INTERNATIONAL AVIATORS, INC.
dba TRADE WINDS AVIATION, INC

Dated: October _____, 2006

_____
MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorney for Plaintiff
KEVIN MANSFIELD

# IT IS SO ORDERED

DATED: _____   January 24, 2007

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE
UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL                    2.                    Case No 5:05-cv-03782-RS
MANSFIELD v. TRADE WINDS AVIATION, INC.

Therefore the Parties hereto, by their undersigned counsel for record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action shall be and hereby is dismissed with prejudice.

**SO STIPULATED**

Dated: January 2 3, 2007

_____
STEPHEN S. PICONE, Esq.
PICONE & DEFILIPPIS
Attorney for Defendant
INTERNATIONAL AVIATORS, INC.
dba TRADE WINDS AVIATION, INC

Dated: January 23, 2007

_____
MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorney for Plaintiff
KEVIN MANSFIELD

## IT IS SO ORDERED

DATED: _____

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE
UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED]**
**ORDER FOR DISMISSAL**          2.          Case No 5:05-cv-03782-RS
MANSFIELD v. TRADE WINDS AVIATION, INC.